# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

GENERAL PATTERN CO., INC.

               Plaintiff/Counter-Defendant,        CASE NO.  06-CV-12627
                                                                      PAUL D. BORMAN
-vs-                                                                       UNITED STATES DISTRICT JUDGE

REIT MANAGEMENT & RESEARCH, LLC.
a Delaware limited liability company, and
HRP NOM L.P., a Delaware limited partnership,

               Defendants/Counter-Plaintiff
_____/

## ORDER STRIKING
## DEFENDANTS / COUNTER-PLAINTIFFS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS / COUNTER-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 51)

      The Court STRIKES Defendants / Counter-Plaintiffs' Reply to Plaintiff's Response to Defendants / Counter-Plaintiffs' Motion for Summary Judgment (Docket No. 50) for being in violation of Local Rule 7.1(c)(3)(B) limiting reply briefs to five (5) pages. Defendants / Counter-Plaintiffs' brief is nine (9) pages in length. Defendants / Counter-Plaintiffs must re-file their reply brief within the page limit within three (3) days.

**SO ORDERED.**

                                                                          s/Paul D. Borman
                                                                          PAUL D. BORMAN
                                                                          UNITED STATES DISTRICT JUDGE

Dated:  November 1, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 1, 2006.

                                              s/Denise Goodine
                                              Case Manager